BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-98-374 LKK |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING THE |
| | ) | INDICTMENT |
| v. | ) | |
| DAVINDER SINGH, | ) | |
| Defendant. | ) | |

O R D E R

It is ordered that the above-captioned Indictment and Superseding Indictment be and are hereby dismissed without prejudice against DAVINDER SINGH.

DATED: January 19, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1